IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILDCAT LICENSING WI LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUDI AG and VOLKSWAGEN AG, ) <br> ) <br> Defendants. ) | C.A. No. 19-833 (MN) (JLH) |
| WILDCAT LICENSING WI LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAYERISCHE MOTOREN WERKE AG, ) <br> BMW MANUFACTURING CO., LLC, and ) <br> BMW OF NORTH AMERICA, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 19-834 (MN) (JLH) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on September 29, 2020, Magistrate Judge Jennifer L. Hall issued a Report and Recommendation ("the Report") (D.I. 24 in C.A. No. 19-833 and D.I. 82 in C.A. No. 19-834) in these actions, recommending that the Court deny Defendant Audi AG's Motion to Dismiss Wildcat Licensing WI LLC's Complaint (D.I. 11 in C.A. No. 19-833) and Bayerische Motoren Werke AG's Motion to Dismiss for Lack of Service (D.I. 58 in C.A. No. 19-834); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 14th day of October 2020 that the Report and Recommendation is ADOPTED.

Defendant Audi AG's Motion to Dismiss Wildcat Licensing WI LLC's Complaint (D.I. 11 in C.A. No. 19-833) is DENIED.

Defendant Bayerische Motoren Werke AG's Motion to Dismiss for Lack of Service (D.I. 58 in C.A. No. 19-834) is DENIED.

                                                _____
                                                The Honorable Maryellen Noreika
                                                United States District Judge